| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 2 | PATRICIA N. SYVERSON (CA SBN 203111) 9655 Granite Ridge Drive, Suite 200 |
| 3 | San Diego, California 92123 psyverson@bffb.com |
| 4 | Telephone: (619) 798-4593 |
| 5 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 6 | ELAINE A. RYAN (*Pro Hac Vice*) CARRIE A. LALIBERTE (*Pro Hac Vice*) |
| 7 | 2325 E. Camelback Rd. Suite 300 Phoenix, AZ 85016 |
| 8 | eryan@bffb.com claliberte@bffb.com |
| 9 | Telephone: (602) 274-1100 |
| 10 | *Attorneys for Plaintiffs* |
| 11 | *Additional Attorneys on Signature Page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TARA DUGGAN, LORI MYERS, ANGELA COSGROVE, ROBERT MCQUADE, COLLEEN MCQUADE, JAMS BORRUSO, ROBERT NUGENT, ANTHONY LUCIANO, LORI LUCIANO, FIDEL JAMELO, JOCELYN JAMELO, ROBERT LANTOS, AMAR MODY, HEENA MODY, AVRAHAM ISAAC ZELIG, DENESE DEPEZA, and KATHLEEN MILLER, On Behalf of Themselves and All Others Similarly Situated, <br><br>Plaintiffs,<br><br>v.<br><br>BUMBLE BEE FOODS LLC, a Delaware Company<br><br>Defendant. | Case No. 4:19-cv-02564-JSW <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs Tara Duggan, Lori Myers, Angela Cosgrove, Robert McQuade, Colleen McQuade, James Borruso, Robert Nugent, Anthony Luciano, Lori Luciano, Fidel Jamelo, Jocelyn Jamelo, Robert Lantos, Amar Mody, Heena Mody, Avraham Isac Zelig, Denese Depeza, and Kathleen Miller hereby voluntarily dismiss their individual claims is this matter.  Defendant has not yet served either an answer to Plaintiffs' First Amended Class Action Complaint or a motion for summary judgment, and this matter is currently stayed as a result of Defendant's filing in federal bankruptcy court. Because a class has not yet been certified in this action, the rights of anyone who might have been in a class for which certification was sought will not be affected; those individuals will not be prejudiced by the dismissal of this Action.  Plaintiffs' dismissal is without prejudice pursuant to Rule 41(a)(1)(B).

Dated:  November 15, 2021    BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

　/s/*Patricia N. Syverson*
Patricia N. Syverson (203111)
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
psyverson@bffb.com
Telephone:  (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Elaine A. Ryan (*Pro Hac Vice*)
Carrie A. Laliberte (*Pro Hac Vice*)
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone:  (602) 274-1100

GOLDMAN SCARLATO & PENNY P.C.
Brian D. Penny (*Pro Hac Vice*)
penny@lawgsp.com
8 Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, Pennsylvania 19428
Telephone:  (484) 342-0700

ZAREMBA BROWN PLLC
Brian M. Brown (*Pro Hac Vice*)
bbrown@zarembabrown.com
40 Wall Street, 52nd Floor
New York, NY 10005
Telephone: (212) 380-6700

ROBBINS GELLER RUDMAN & DOWD LLP
Stuart A. Davidson (*Pro Hac Vice*)
Bradley M. Beall (*Pro Hac Vice*)
Dorothy P. Antullis (*Pro Hac Vice*)
Maxwell H. Sawyer
Alexander C. Cohen
sdavidson@rgrdlaw.com
bbeall@rgrdlaw.com
dantullis@rgrdlaw.com
msawyer@rgrdlaw.com
acohen@rgrdlaw.com

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 15, 2021, I caused to be filed via the CM/ECF system true and correct copies of the foregoing document and that the service of this document was accomplished on all parties in the case by CM/ECF system.

*/s/ Patricia N. Syverson*
Patricia N. Syverson